# IN THE DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 0:12-440-JFA |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DERRICK ANTONIO MCILWAIN | ) | |

And now this 30th day of October, 2012, the within Motion to Dismiss the Indictment is granted and it is hereby ordered and decreed that the Indictment in Criminal Action Number 0:12-440 against Derrick Antonio McIlwain be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

October 30, 2012                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge